**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

JONI LOFTON                                                                                                    PLAINTIFF

v.                                                                              CIVIL ACTION NO.1:10CV282-SA-DAS

CITY OF WEST POINT, MISSISSIPPI                                                                DEFENDANT

**LEAD CASE
CONSOLIDATED WITH**

SHASTA HEATH PLUNKETT                                                                             PLAINTIFF

v.                                                                              CIVIL ACTION NO.1:10CV316-SA-DAS

CITY OF WEST POINT, MISSISSIPPI
and JASPER PITTMAN, in his individual
capacity                                                                                                          DEFENDANTS

**ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Defendant's Motion for Summary Judgment [33] concerning claims brought by Plaintiff Joni Lofton is GRANTED in part and DENIED in part:

   a. Defendant's motion is DENIED as to Lofton's Title VII failure to promote claim;

   b. Defendant's motion is GRANTED as to Lofton's Title VII racial discrimination claim based on constructive discharge; and

   c. Defendant's motion is GRANTED as to Lofton's racial discrimination claim brought under 42 U.S.C. § 1981.

1

(2) Defendants' Motion for Summary Judgment [42] concerning claims brought by Plaintiff Shasta Plunkett is GRANTED in part and DENIED in part:

   a. Defendants' motion is DENIED as to Plunkett's Title VII claims of race discrimination asserted against the City of West Point;

   b. Defendants' motion is GRANTED as to any Title VII racial discrimination claims Plunkett has asserted against Defendant Jasper Pittman;

   c. Defendants' Motion is DENIED as to Plunkett's Title VII retaliation claim asserted against the City of West Point;

   d. Defendants' Motion is GRANTED as to any Title VII retaliation claims Plunkett has asserted against Defendant Jasper Pittman;

   e. Defendants' Motion is GRANTED as to Plunkett's constitutional claims asserted under both the Due Process Clause and the Equal Protection Clause;

   f. Defendants' Motion is GRANTED as to Plunkett's racial discrimination claims brought under 42 U.S.C. § 1981;

   g. Defendants' Motion is GRANTED as to Plunkett's state-law wrongful discharge action;

   h. Defendants' Motion is DENIED as to Plunkett's malicious interference with employment claim asserted against Defendant Jasper Pittman; and

   i. Defendants' Motion is GRANTED as to Plunkett's intentional infliction of emotional distress action asserted against Defendant Jasper Pittman.

**So ORDERED on this, the   _4th____ day of __April_____, 2012.**

                                                          /s/   Sharion Aycock_____
                                                          **UNITED STATES DISTRICT JUDGE**